Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | § | Case No. 0:14-BK-14382-BMW |
|---|---|---|
| | § | |
| KIMBALL ALEXANDER WEBB | § | |
| ANGELA JENEANE WEBB | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/18/2014. The undersigned trustee was appointed on 09/18/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $12,483.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $42.43 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $2,248.13 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $10,192.44 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/24/2015 and the deadline for filing government claims was 03/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,773.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,773.49, for a total compensation of $1,773.49[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $247.86, for total expenses of $247.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2015                    By:    /s/ Lawrence J. Warfield
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 14-14382-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | | Date Filed (f) or Converted (c): | 09/18/2014 (f) |
| For the Period Ending: | 8/24/2015 | | §341(a) Meeting Date: | 11/19/2014 |
| | | | Claims Bar Date: | 03/24/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOME LOCATED AT 1417 SOUTH 12TH DRIVE, YUMA, ARIZONA 85364; LEGAL DESCRIPTION: SUBDIVISION: HILLSIDE MANOR 1 LOT: 5 SECTION: 29 TOWNSHIP: 08S RANGE: 23W | $105,000.00 | $0.00 | | $0.00 | FA |
| 2 | AEA CHECKING AND SAVINGS ACCOUNT ENDING IN 1814 85364; LEGAL DESCRIPTION: SUBDIVISION: HILLSIDE MANOR 1 LOT: 5 SECTION: 29 TOWNSHIP: 08S RANGE: 23W | $300.00 | $0.00 | | $0.00 | FA |
| 3 | AEA CHECKING AND SAVINGS ACCOUNT ENDING IN 9584 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | BEDDING | $80.00 | $0.00 | | $0.00 | FA |
| 5 | BEDS (2) | $300.00 | $0.00 | | $0.00 | FA |
| 6 | HOME DECOR | $50.00 | $0.00 | | $0.00 | FA |
| 7 | LIVING ROOM CHAIR | $75.00 | $0.00 | | $0.00 | FA |
| 8 | LIVING ROOM COUCH | $100.00 | $0.00 | | $0.00 | FA |
| 9 | RADIO ALARM CLOCK | $5.00 | $0.00 | | $0.00 | FA |
| 10 | REFRIGERATOR | $200.00 | $0.00 | | $0.00 | FA |
| 11 | STOVE | $100.00 | $0.00 | | $0.00 | FA |
| 12 | TELEVISION | $250.00 | $0.00 | | $0.00 | FA |
| 13 | VACUUM | $10.00 | $0.00 | | $0.00 | FA |
| 14 | WASHING MACHINE AND DRYER | $500.00 | $0.00 | | $0.00 | FA |
| 15 | LIBRARY | $50.00 | $0.00 | | $0.00 | FA |
| 16 | CLOTHING | $500.00 | $0.00 | | $0.00 | FA |
| 17 | WEDDING RINGS (2) | $700.00 | $0.00 | | $0.00 | FA |
| 18 | SEWING MACHINE | $30.00 | $0.00 | | $0.00 | FA |
| 19 | WALL PIANO | $250.00 | $0.00 | | $0.00 | FA |
| 20 | 2008 FORD FOCUS | $5,000.00 | $0.00 | | $0.00 | FA |
| 21 | 2013 FORD F-150 | $40,000.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-14382-YUM BMW | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | Date Filed (f) or Converted (c): | 09/18/2014 (f) |
| For the Period Ending: | 8/24/2015 | §341(a) Meeting Date: | 11/19/2014 |
| | | Claims Bar Date: | 03/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 22  DESKS (2), OFFICE CHAIRS (2), SMALL FILING CABINETS (2), AND SMALL PRINTER | $250.00 | $0.00 | | $0.00 | FA |
| 23  LIQUOR (30 BOTTLES) | $500.00 | $0.00 | | $0.00 | FA |
| 24  NON EXEMPT WAGES (u) | $0.00 | $988.05 | | $988.05 | FA |
| 25  Health Savings Account (u) | $0.00 | $320.62 | | $320.62 | FA |
| 26  2014 FEDERAL TAX REFUND (u) | $0.00 | $10,106.33 | | $10,106.33 | FA |
| 27  2014 STATE TAX REFUND (u) | $0.00 | $1,068.00 | | $1,068.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                              **Gross Value of Remaining Assets**
$154,250.00    $12,483.00    $12,483.00    $0.00

**Major Activities affecting case closing:**
05/18/2015   Ready for TFR
03/03/2015   WAITING FOR 2014 TAX RETURNS / REFUNDS
12/22/2014   Trustee is administering Assets in Case
12/22/2014   REQUEST TO SET CLAIMS BAR DATE FILED - alj

**Initial Projected Date Of Final Report (TFR):** 08/01/2015    **Current Projected Date Of Final Report (TFR):** 08/01/2015    /s/ LAWRENCE J. WARFIELD
                                                                                                                                                              LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-14382-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1454 | | Checking Acct #: | ******8328 |
| Co-Debtor Taxpayer ID #: | **-***1455 | | Account Title: | |
| For Period Beginning: | 9/18/2014 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 8/24/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2015 | (27) | STATE OF ARIZONA | 2014 State tax refund | 1224-000 | $1,068.00 | | $1,068.00 |
| 05/18/2015 | | US TREASURY | 2014 Federal tax refund | * | $11,415.00 | | $12,483.00 |
| | {26} | | $10,106.33 | 1224-000 | | | $12,483.00 |
| | {24} | | $988.05 | 1229-000 | | | $12,483.00 |
| | {25} | | $320.62 | 1229-000 | | | $12,483.00 |
| 05/19/2015 | 1001 | KIMBALL WEBB AND ANGELA WEBB | Return of Debtors Pro Rata | 8500-002 | | $2,248.13 | $10,234.87 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $10,224.87 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.96 | $10,208.91 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.47 | $10,192.44 |
| | | | TOTALS: | | $12,483.00 | $2,290.56 | $10,192.44 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $12,483.00 | $2,290.56 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,483.00 | $2,290.56 | |

| For the period of 9/18/2014 to 8/24/2015 | | For the entire history of the account between 05/06/2015 to 8/24/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,483.00 | Total Compensable Receipts: | $12,483.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,483.00 | Total Comp/Non Comp Receipts: | $12,483.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $42.43 | Total Compensable Disbursements: | $42.43 |
| Total Non-Compensable Disbursements: | $2,248.13 | Total Non-Compensable Disbursements: | $2,248.13 |
| Total Comp/Non Comp Disbursements: | $2,290.56 | Total Comp/Non Comp Disbursements: | $2,290.56 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-14382-YUM BMW | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1454 | Checking Acct #: | ******8328 |
| Co-Debtor Taxpayer ID #: | **-***1455 | Account Title: | |
| For Period Beginning: | 9/18/2014 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 8/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $12,483.00 | $2,290.56 | $10,192.44 |

**For the period of 9/18/2014 to 8/24/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,483.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,483.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.43 |
| Total Non-Compensable Disbursements: | $2,248.13 |
| Total Comp/Non Comp Disbursements: | $2,290.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/18/2014 to 8/24/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,483.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,483.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $42.43 |
| Total Non-Compensable Disbursements: | $2,248.13 |
| Total Comp/Non Comp Disbursements: | $2,290.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 14-14382-YUM BMW | | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | | | | Date: | 8/24/2015 |
| Claims Bar Date: | 03/24/2015 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | LAWRENCE J. WARFIELD<br>P.O. Box 14647<br>Scottsdale AZ 85267 | 08/24/2015 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $247.86 | $247.86 | $0.00 | $0.00 | $0.00 | $247.86 |
|  | LAWRENCE J. WARFIELD<br>P.O. Box 14647<br>Scottsdale AZ 85267 | 08/24/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,773.49 | $1,773.49 | $0.00 | $0.00 | $0.00 | $1,773.49 |
| 1 | WEINSTEIN, KAPLAN & COHEN, P.C.<br>1325 FRANKLIN AVENUE, SUITE 210<br>GARDEN CITY NY 11530 | 12/18/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,617.41 | $4,617.41 | $0.00 | $0.00 | $0.00 | $4,617.41 |

**Claim Notes:**   (1-1) 1134

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 12/26/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,580.39 | $3,580.39 | $0.00 | $0.00 | $0.00 | $3,580.39 |
| 3 | EL DORADO BROADCASTERS<br>755 WEST 28TH STREET<br>YUMA AZ 85364 | 12/31/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $274.09 | $274.09 | $0.00 | $0.00 | $0.00 | $274.09 |

**Claim Notes:**   (3-1) Services Received

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ATTORNEY RECOVERY SYSTEMS, INC,<br>assignee of ALSCO<br>18757 BURBANK BLVD., #300<br>TARZANA CA 91356 | 12/31/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,127.10 | $7,127.10 | $0.00 | $0.00 | $0.00 | $7,127.10 |
| 5 | COMPASS BANK<br>P.O. Box 10566<br>Birmingham AL 35296 | 01/13/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,391.46 | $9,391.46 | $0.00 | $0.00 | $0.00 | $9,391.46 |

| Case No.: | 14-14382-YUM BMW | | | | | | | | | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | | | | | | | | | | Date: | 8/24/2015 |
| Claims Bar Date: | 03/24/2015 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/04/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,639.58 | $9,639.58 | $0.00 | $0.00 | $0.00 | $9,639.58 |
| Claim Notes: | (6-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 7 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/09/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,052.18 | $2,052.18 | $0.00 | $0.00 | $0.00 | $2,052.18 |
| Claim Notes: | (7-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 8 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 03/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,849.49 | $10,849.49 | $0.00 | $0.00 | $0.00 | $10,849.49 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,275.71 | $6,275.71 | $0.00 | $0.00 | $0.00 | $6,275.71 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/17/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,010.97 | $3,010.97 | $0.00 | $0.00 | $0.00 | $3,010.97 |

| Case No. | 14-14382-YUM BMW | | | | | | | Trustee Name: | Lawrence J. Warfield | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | | | | | | | Date: | 8/24/2015 | | |
| Claims Bar Date: | 03/24/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CAVALRY SPV I, LLC<br><br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson AZ 85712 | 03/20/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,324.43 | $1,324.43 | $0.00 | $0.00 | $0.00 | $1,324.43 |
| | | | | | | $60,164.16 | $60,164.16 | $0.00 | $0.00 | $0.00 | $60,164.16 |

# CLAIM ANALYSIS REPORT

| | |
|---|---|
| **Case No.** 14-14382-YUM BMW | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** WEBB, KIMBALL ALEXANDER AND WEBB, ANGELA JENEANE | **Date:** 8/24/2015 |
| **Claims Bar Date:** 03/24/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $58,142.81 | $58,142.81 | $0.00 | $0.00 | $0.00 | $58,142.81 |
| Trustee Compensation | $1,773.49 | $1,773.49 | $0.00 | $0.00 | $0.00 | $1,773.49 |
| Trustee Expenses | $247.86 | $247.86 | $0.00 | $0.00 | $0.00 | $247.86 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 0:14-BK-14382-BMW
Case Name: KIMBALL ALEXANDER WEBB
ANGELA JENEANE WEBB
Trustee Name: Lawrence J. Warfield

Balance on hand: $10,192.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $10,192.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $1,773.49 | $0.00 | $1,773.49 |
| Lawrence J. Warfield, Trustee Expenses | $247.86 | $0.00 | $247.86 |

Total to be paid for chapter 7 administrative expenses: $2,021.35
Remaining balance: $8,171.09

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $8,171.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $8,171.09

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,142.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | WEINSTEIN, KAPLAN & COHEN, P.C. | $4,617.41 | $0.00 | $648.90 |
| 2 | Discover Bank | $3,580.39 | $0.00 | $503.16 |
| 3 | EL DORADO BROADCASTERS | $274.09 | $0.00 | $38.52 |
| 4 | ATTORNEY RECOVERY SYSTEMS, INC, | $7,127.10 | $0.00 | $1,001.61 |
| 5 | Compass Bank | $9,391.46 | $0.00 | $1,319.83 |
| 6 | American Express Centurion Bank | $9,639.58 | $0.00 | $1,354.70 |
| 7 | American Express Centurion Bank | $2,052.18 | $0.00 | $288.40 |
| 8 | Capital Recovery V, LLC | $10,849.49 | $0.00 | $1,524.73 |
| 9 | PYOD, LLC its successors and assigns as assignee | $6,275.71 | $0.00 | $881.96 |
| 10 | PYOD, LLC its successors and assigns as assignee | $3,010.97 | $0.00 | $423.15 |
| 11 | Cavalry SPV I, LLC | $1,324.43 | $0.00 | $186.13 |

Total to be paid to timely general unsecured claims: $8,171.09
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |